**SUBJECT:** *State briefly the problem on which you desire assistance.*

WS, 46971

WHAT HAPPENED TO MY REQUEST FOR A DOCKET SHEET FOR MY LAST 11.07 AND THE FINDING BY THIS COURT?

PAIGE BONNER 1278531
2101 FM 369 NDT
IOWA PARK TX 76367-6568

Name: _____  No: _____  Unit: _____

Living Quarters: _____  Work Assignment: _____

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 1 2015
Abel Acosta, Clerk

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)